UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD KLINKMAN and MARIE KLINKMAN,

    Plaintiffs,

v.        Case No.:  2:23-cv-583-SPC-KCD

TRUIST BANK,

    Defendant.
_____/

## **ORDER**

This is a dispute brought under the Real Estate Settlement Procedures Act for Truist Bank's alleged failure to pay flood insurance premiums from escrow. (*See* Doc. 1.) Although no answer has been filed, Truist moves the Court to "take judicial notice that Hurricane Ian made landfall in Florida on September 28, 2022." (Doc. 13 at 2.) According to Truist, "this fact is highly relevant to the facts surrounding Plaintiffs' claims and [its] defenses." (*Id.*) Plaintiffs do not oppose the request for judicial notice. (*Id.* at 4.)

The Federal Rules of Evidence permit the Court, at any stage of a proceeding, to take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b), (d). While the Court "may take judicial notice on its own," it "*must* take judicial

notice if a party requests it and the court is supplied with the necessary information." *Id.* at 201(c) (emphasis added).

Truist has satisfied the requirements of Rule 201. Attached to its motion is a report from the National Oceanic and Atmospheric Administration that documents Hurricane Ian making landfall on September 28. (Doc. 13-1.) What is more, this fact is "generally known within the trial court's territorial jurisdiction." Fed. R. Evid. 201(b)(1). Accordingly, with no objection from Plaintiffs, it is **ORDERED**:

1. Truist's Motion for Judicial Notice (Doc. 13) is **GRANTED**;

2. The Court takes judicial notice that Hurricane Ian made landfall in Florida on September 28, 2022.

**ENTERED** in Fort Myers, Florida on August 21, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record